IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-173-D
No. 5:20-CR-278-D

ANASTACIO CANTERO-BOLANOS,  )
                            )
           Petitioner,      )
                            )
    v.                      )     **ORDER**
                            )
UNITED STATES OF AMERICA,   )
                            )
           Respondent.      )

On June 17, 2020, petitioner filed a motion to vacate under 28 U.S.C. § 2255 [D.E. 44]. On September 22, 2021, the government filed a motion to dismiss [D.E. 57, 58]. On September 22, 2021, the petitioner filed a notice of withdrawal of motion to vacate [D.E. 59]. In light of petitioner's notice of withdrawal, the court DISMISSES AS MOOT the government's motion to dismiss [D.E. 57].

SO ORDERED. This 4 day of November, 2021.

JAMES C. DEVER III
United States District Judge